UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERICA CHRISWELL,<br><br>             Plaintiff,<br><br>vs.<br><br>AMERICOLD ACQUISITIONS ET AL,<br><br>             Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-3963-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation on defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 23rd day of May, 2023.

                                                                     KEVIN P. WEIMER
                                                                       CLERK OF COURT

                                                     By:   _s/ T. Schoolcraft_____
                                                                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 23, 2023
Kevin P. Weimer
Clerk of Court

By:  _s/ T. Schoolcraft____
        Deputy Clerk